United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Kunta K. Hill<br>1342 North 65Th Street<br>Waco, TX 76710 | Chapter 13<br><br>Case No. 11-11199-AEC |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $360.79 in unclaimed funds of Lydia C. Cladek, Inc., creditor.

Last Known Address (Most recent listed left to right):

Lydia C. Cladek, Inc.
C/O Investment C. Funds
4025 Vineville Ave.
Macon,GA 31204


Dated: 11/14/2014

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee